IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN CLARK | § |
| *Plaintiff on behalf of himself and all others similarly situated* | § § § § |
| vs | §   CIVIL ACTION NO. 4:13-cv-02777 |
| AVATAR TECHNOLOGIES PHL., INC. and FLOWROUTE, LLC | § § § § |
| *Defendant*s | § |

JURY DEMANDED

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss with prejudice all claims in this action against Defendant Avatar Technologies Phl., Inc. The Defendant Avatar Technologies Phl., Inc. has not served a motion for summary judgment as of the filing of this Notice of Dismissal nor has any counterclaims against the Plaintiff. The Plaintiff has not previously dismissed any Federal- or state-court action based on or including the same claims.

Respectfully submitted,

**WYNNE & WYNNE LLP**

 /s/ David E. Wynne
David E. Wynne
**Attorney In Charge**
Texas Bar No. 24047150
Fed. No. 566468
1021 Main Street, Suite 1275
One City Centre
Houston, TX  77002
(713) 227-8835 (telephone)
(713) 227-6205 (facsimile)
dwynnne@wynne-law.com

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was served on all counsel listed below either electronically pursuant to the District Court's ECF noticing system or via direct e-mail on this the 18th day of August, 2014.

John Greene
Klein Moynihan Turco, LLP
450 Seventh Avenue, 40th Floor
New York, New York 10123
(212) 246-0900

Melissa Sternfels
Hirsch & Westheimer
1415 Louisiana, 36th Floor
Houston, Texas 77002
(713) 220-9185

                                                */s/ David E. Wynne*
                                                David E. Wynne