IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN CLARK | § | |
| | § | |
| *Plaintiff on behalf of himself and* | § | |
| *all others similarly situated* | § | |
| | § | |
| vs | § | CIVIL ACTION NO. 4:13-cv-02777 |
| | § | |
| AVATAR TECHNOLOGIES PHL., INC. | § | JURY DEMANDED |
| and FLOWROUTE, LLC | § | |
| | § | |
| *Defendants* | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

On this day came on to be heard the Plaintiff's Motion for Dismissal with Prejudice, and the Court is of the opinion that said relief should be GRANTED.

It is therefore ORDERED that all claims and causes of action asserted herein by Plaintiff against Defendant Avatar Technologies Phl, Inc. are dismissed with prejudice.

It is further ORDERED that each party shall bear their respective costs of court.

SIGNED this __18th__ day of __August_____, 2014.

_____
Nancy F. Atlas
United States District Judge